JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Chris Langer | ) | 2:20-cv-03073-RSWL-JPRx |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING CASE |
| Stephen Douglas Ellis, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    On June 17, 2020, the Court ordered counsel to Show Cause [17] why this action should not be dismissed for lack of prosecution.  To date, counsel has not complied with this order with a written response, the filing of a Motion for Default Judgment, or a request for dismissal.

    Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice for failure to prosecute and failure to obey an order of this Court.  The Clerk of the Court is directed to close the file.

    IT IS SO ORDERED.

Dated: June 29, 2020           s/ RONALD S.W. LEW
                                 HONORABLE RONALD S. W. LEW
                                 U.S. District Judge